1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRY DONELL GALLOWAY,

          Plaintiff,

   vs.

PFIEFFER, et al.,

        Defendants.

**1:22-cv-00737-AWI-GSA-PC**

**ORDER ACKNOWLEDGING PAYMENT OF $402.00 FILING FEE IN FULL ON AUGUST 1, 2022**

**ORDER RESOLVING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**
**(ECF No. 2.)**

**ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON JUNE 22, 2022**
**(ECF No. 6.)**

20

21

22

23

      Terry Donell Galloway ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 16, 2022, Plaintiff filed the Complaint commencing this action, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

24

25

26

27

28

      On June 22, 2022, the undersigned issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis* and require Plaintiff to pay the $402.00 filing fee in full to proceed with this action.  (ECF No. 6.)  On August 1, 2022, Plaintiff filed a statement of non-opposition to the findings and recommendations and also paid the $402.00 filing fee in full.  (ECF No. 8.)

In light of Plaintiff's payment of the filing fee in full, the court shall vacate the findings and recommendations and resolve Plaintiff's motion to proceed *in forma pauperis*.

Accordingly**, IT IS HEREBY ORDERED** that:

1.   The court acknowledges that Plaintiff paid the $402.00 filing fee in full for this case on August 1, 2022;

2.   Plaintiff's motion to proceed *in forma pauperis*, filed on June 16, 2022, is resolved; and

3.   The court's findings and recommendations issued on June 22, 2022, are VACATED.

IT IS SO ORDERED.

Dated:   **August 19, 2022**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE